# UNITED STATES DISTRICT COURT

for the

EASTERN District of WISCONSIN

MILWAUKEE Division

Case No. **26-C 453**

*(to be filled in by the Clerk's Office)*

TANYA L. CALDERON

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Laboratory Corporation of America d/b/a LabCorp

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TANYA L. CALDERON |
| Street Address | 3839 N. 14TH ST |
| City and County | MILWAUKEE |
| State and Zip Code | WISCONSIN, 53206 |
| Telephone Number | 414-688-3672 |
| E-mail Address | TACALDERON22@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                      Laboratory Corporation of America d/b/a LabCorp

    Job or Title *(if known)*

    Street Address             613 N. 36TH ST SUITE 200

    City and County           MILWAUKEE

    State and Zip Code       WISCONSIN, 53208

    Telephone Number        414-345-9648

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | LABCORP |
| Street Address | 613 N. 36TH ST SUITE 200 |
| City and County | MILWAUKEE |
| State and Zip Code | WISCONSIN, 53208 |
| Telephone Number | 414-345-9648 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

42 U.S.C. § 1981 (Civil Rights Act of 1866)

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

September 24, 2025 through October 3, 2025

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race — Paintiff reported racial slurs in the workplace.

☐ color

☐ gender/sex

☒ religion — Paintiff's religious beliefs and expressions were scrutinized during the investigation.

☐ national origin

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Plaintiff Tanya L. Calderon was employed by LabCorp in Milwaukee, Wisconsin. Prior to the events leading to her termination, Plaintiff maintained a personal social media page that primarily contained posts reflecting her religious beliefs and biblical teachings. Plaintiff's immediate supervisor previously reviewed the page and concluded that the content was religious in nature and did not violate company policy.

On September 24, 2025, Plaintiff was called to attend a meeting in Itasca, Illinois regarding allegations that her personal social media posts referenced a supervisor. The meeting concerned Plaintiff's personal social media activity outside of her work duties. During the meeting, Plaintiff was asked to produce and explain religious materials and biblical passages connected to her posts. Plaintiff explained that the posts reflected her religious beliefs and were not directed toward the supervisor. During the same meeting, Plaintiff reported that racial slurs had been directed toward her in the workplace.

On September 26, 2025, Plaintiff received a phone call from Vice President Martine Williams informing her that she was being placed on administrative leave. Plaintiff was informed that this was related to social media activity, which Plaintiff understood did not violate company policy.

On September 30, 2025, Martine Williams contacted Plaintiff again and stated that Human Resources had asked her to conduct the investigation. During that call, Plaintiff was again asked to define and explain her religious beliefs. During that call, Plaintiff was informed that her views did not align with LabCorp's views.

On October 3, 2025, Plaintiff's employment with LabCorp was terminated. Plaintiff was informed that the termination was based in part on a video posted on Plaintiff's personal social media page approximately two years earlier. Plaintiff alleges that the investigation and termination were influenced by scrutiny of her religious expression and by her report of racial slurs in the workplace.

Plaintiff was qualified for her position and performed her job satisfactorily prior to termination.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 21, 2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    1/12/2026    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Case 2:26-cv-00453-NJ    Filed 03/20/26    Page 5 of 7    Document 1

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests back pay, front pay or reinstatement, compensatory damages, punitive damages as permitted by law, costs of this action, and any other relief the Court deems just and proper.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3/20/2024

Signature of Plaintiff

Printed Name of Plaintiff  TANYA L. CALDERON

### B.  For Attorneys

Case 2:26-cv-00453-NJ    Filed 03/20/26    Page 6 of 7    Document 1

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____